# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

KENT A. JORDAN
CIRCUIT JUDGE

844 N. KING STREET
LOCKBOX 10
WILMINGTON, DE 19801
(302) 573-6001

May 31, 2007

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

Re: Calendar Year 2006 Filing

Dear Committee Members:

In accordance with the May 18, 2007 letter from Judge Smith to me, enclosed is an original and three (3) copies of my amended 2006 Financial Disclosure Report.

Please also note that Part IV, line 7, has been deleted as the expense was reimbursed by the United States government.

If you have any questions, or require any further information, please let me know.



KAJ:cas
Enclosures

| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Jordan, Kent A | 2. Court or Organization<br><br>Third Circuit Court of Appeals | 3. Date of Report<br><br>05/31/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b.   ☒   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>844 King Street<br>Lock Box 10<br>Wilmington, DE 19801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   President | Richard S. Rodney Inn of Court |
| 2.   Advisory Board | Georgetown University E-Discovery Institute |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUN -5 A 10: 58 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/2006 | Widener School of Law - teaching | $ 7,000 |
| 2. 2/2006 | Vanderbilt University - teaching | $ 6,000 |
| 3. 9/2006 | University of Pennsylvania School of Law | $ 10,000 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/06-5/06 | State of Delaware - paralegal |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ABA and Colorado Bar Association | Aspen, CO -1/4-6/06 Speaker at ABA IP Conference (transportation, lodging & meals) |
| 2. | Vanderbilt University | Nashville, TN - 2/10-17-06 Teach (transportation, lodging & meals) |
| 3. | Utah State Bar Assn. | Provo, UT - 3/24/06 Speaker at IP Lecture at BYU (transportation) |
| 4. | Case Western | Cleveland, OH - 3/30-31/06 Lecture and Judge on mock Markman Proceedings (transportation, lodging & meals) |
| 5. | University of Washington Law School | Narita, Japan - 4/19-27/06 Japan Patant Judges Seminar (transportation, lodging & meals) |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 05/31/2007 |

6.    Federal Circuit Bar Assn.                       Albuquerque, NM - 6/28-7/1/06 Federal Circuit Bench & Bar (transportation, lodging & meals)

7.    American Law Institute                          Chicago, IL - 9/27-30/06 ALI-ABA Trial of a Patent Case (transportation, lodging & meals)

8.    University of Richmond Law School             Richmond, VA - 10/5/06 Specialized Courts Seminar (transportation)

9.    AIPLA                                       Washington, DC - 10/19/06 Annual Meeting (transportation)

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 05/31/2007 |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 05/31/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

X  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

X  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. Profund Mid-Cap | | None | K | T | buy | 3/24 | K | | |
| 3. | | | | | sell | 5/24 | K | | |
| 4. Mutual Qualified Class A | | None | | | sell | 6/12 | L | A | |
| 5. Mutual Shares Class A | B | Dividend | K | T | | | | | |
| 6. Janue Core Equity | | None | | | sell | 6/8 | K | A | |
| 7. Schwab Hedge Equity Fund | A | Dividend | K | T | | | | | |
| 8. Schwab Priemier Money Sweep Shares | A | Dividend | J | T | | | | | |
| 9. Schwab Premier Equity Fund Select Shares | | None | K | T | buy | 3/29 | K | | |
| 10. | A | Distribution | J | T | buy | 12/18 | J | | |
| 11. Rydex Series Trust OTC Fund | | None | J | T | buy | 1/19 | J | | |
| 12. | | | | | sell | 3/13 | K | | |
| 13. Rydex Internet Fund | | None | J | T | buy | 8/18 | J | | |
| 14. | | | J | T | buy | 8/31 | J | | |
| 15. | | None | | | sell | 12/1 | K | A | |
| 16. Gateway Index Plus Fund | A | Dividend | J | T | | | | | |
| 17. UMB Scout Worldwide | | None | J | T | buy | 3/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | sell | 6/12 | J | | |
| 19. Rydex Large Cap Value | | None | J | T | buy | 8/3 | J | | |
| 20. | | None | J | T | buy | 8/7 | J | | |
| 21. | | None | J | T | buy | 12/7 | J | | |
| 22. Direxion Developed Mkts Bull 2.0X Inv. | | | J | T | buy | 8/7 | J | | |
| 23. | B | Dividend | J | T | buy | 11/30 | J | | |
| 24. DireXion OTC Plus | | None | K | T | buy | 9/18 | K | | |
| 25. | | | J | T | part. sale | 11/29 | J | | |
| 26. Rydex Novo Investors Trust | B | Dividend | J | T | buy | 10/16 | J | | |
| 27. | | | J | T | buy | 11/14 | J | | |
| 28. Brokerage Account #2 | | | | | closed | | | | |
| 29. Rydex Series Trust OTC Fund | | None | | | sell | 3/13 | J | | |
| 30. Schwab Hedge Equity Fund | | None | | | sell | 3/15 | J | | |
| 31. Fidelity Investment - Delaware College Investment | | None | J | T | | | | | |
| 32. Fidelity Investment - Delaware College Investment | | None | J | T | | | | | |
| 33. Fidelity Investment - Delaware College Investment | | None | J | T | | | | | |
| 34. ING Direct (CD) | A | Interest | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes: (See Column C2)  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ING Direct #1 (Money Market Accts) | A | Interest | J | T | | | | | |
| 36. ING Direct #2 (Money Market Accts) | A | Interest | K | T | opened | | | | |
| 37. Texico/Chevron Corp. Common Stock | | None | J | T | | | | | |
| 38. Texico/Chevron Corp. Common Stock | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 05/31/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 05/31/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature                                                    Date  5/31/07

NOTE: ...ILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AN  CR

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544